# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00198 |
| | ) | Judge Trauger |
| [2] JAMAL COOPER | ) | |

## **O R D E R**

It is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 166) the Petition to Revoke Supervised Release (Docket No. 136), which is not opposed by the government (Docket No. 167), is **GRANTED**.

It is so **ORDERED.**

ENTER this 21st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge