IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00198 |
| | ) | Judge Trauger |
| [2] JAMAL COOPER | ) | |

### O R D E R

The defendant's Motion For Early Termination From Supervised Release (Docket No. 169), which is opposed by the government (Docket No. 170), is **DENIED WITHOUT PREJUDICE** to renew at a later time when there is some justification for early termination.

It is so **ORDERED.**

ENTER this 10th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge