IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00198 |
| | ) | Judge Trauger |
| [2] JAMAL COOPER | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on Wednesday, December 4, 2013, at 3:00 p.m. on the Petition to Revoke Supervision (Docket No. 173).

It is so **ORDERED.**

ENTER this 25th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge